1

2

3

4

5

6

7                                    IN THE UNITED STATES DISTRICT COURT

8                                FOR THE EASTERN DISTRICT OF CALIFORNIA

9     GREGORY ANTHONY MCFARLAND,

10                   Petitioner,                        No.  2:12-cv-3024 CKD P

11          vs.

12    RICK HILL,

13                   Respondents.                       ORDER

14    _____/

15          McFarland, a state prisoner proceeding pro se, has filed a petition for a writ of

16    habeas corpus pursuant to 28 U.S.C. § 2254.  The petition attacks a conviction issued by the San

17    Mateo Superior Court.  While both this court and the United States District Court in the district

18    where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410

19    U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

20    application are more readily available in San Mateo County.  Id. at 499 n.15; 28 U.S.C.

21    § 2241(d).

22          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

23    matter is transferred to the United States District Court for the Northern District of California.

24     Dated: January 3, 2013

25

26                                                      _____
                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE

/md; mcfa3024.108